IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IVAN RAY BEGAY, )<br>   Plaintiff, )<br>v. )<br> )<br>MR. LEAP, ET AL., )<br>   Defendants. ) | No. 3:17-CV-2639-N |

# ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's claims against Defendant Mr. Leap shall proceed and the Clerk of the Court is **directed** to issue summons for the Defendant at FCI Seagoville, 2113 N. Hwy 175, Seagoville, Texas 75159, and deliver the summons and a copy of the complaint to the U.S. Marshal.

(2) The U.S. Marshal is **directed** to serve the summons and copies of the complaint on the Defendant and file a return of service in the case pursuant to FED. R. C IV. P. 4(c). The U.S. Marshal shall also deliver or send by registered or certified mail a copy of the summons and of the complaint to the following individuals pursuant to FED. R. CIV. P. 4(i):

**United States Attorney General, and**

**United States Attorney for the Northern District of Texas, c/o Civil Process Clerk**

(3)     Plaintiff's claims against all other Defendants are dismissed;

(4)     The Clerk shall transmit a true copy of this Order to Plaintiff;

(5)     The Clerk of the Court shall return this case to the magistrate judge for pretrial management and issue summons.

Signed this 16th day of January, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE