IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IVAN RAY BEGAY, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Case No. 3:17-CV-2639-N-BT |
| MR. LEAP, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 26, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 22nd day of March, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE