IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVAN RAY BEGAY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:17-cv-2639-N-BT |
| MR. LEAP, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 28, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court construes Plaintiff Ivan Ray Begay's "Omnibus Motion: Motion to Amend, Set Aside Recommendation or Order, to pursue a Relation Back-Doctrine, under Rule 15(c) of Fed. R. Civ. P., Amendment rather than dismissal, where defect of Failure to state a Claim is curable, in Bivens," (ECF No. 31), as a Rule 59(e) motion to alter or amend a judgment, and it is DENIED.

**SO ORDERED,** this 28th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1